# 292196

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
MARION HUDSON

CASE NO. 11-10789-BKC-RAM

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-Miami

SEP 2 3 2011

FILED_____ RECEIVED_____

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 4,263.65 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $    .00    remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: 9-22-11

NANCY N. HERKERT  
CHAPTER 13 TRUSTEE

Copies to:

MARION HUDSON  
3731 NW 165 ST  
OPA LOCKA, FL 33054

DAVID MARSHALL BROWN, ESQ.  
330 N ANDREWS AVE #450  
FORT LAUDERDALE, FL 33301

WELLS FARGO HOME MTG  
POB 10328  
DES MOINES, IA 50306

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                  CASE NO.  11-10789-BKC-RAM
MARION HUDSON

                                        CHAPTER 13

MARION HUDSON

3731 NW 165 ST
OPA LOCKA, FL 33054


DAVID MARSHALL BROWN, ESQ.
330 N ANDREWS AVE #450
FORT LAUDERDALE, FL 33301


WELLS FARGO HOME MTG           -----------$        4,263.65
POB 10328
DES MOINES, IA 50306            **RETURNED FROM CREDITOR
                                BECAUSE CASE DISMISSED
                                CLAIM REGISTER #___O___**

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130